No. 04-7993. WOODBERRY *v.* WERHOLTZ, SECRETARY, KANSAS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 04-7997. BROWN, AKA WILLIAMS *v.* CARROLL, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 04-8003. HURST *v.* TRW, INC. C. A. 4th Cir. Certiorari denied.

No. 04-8005. COTA RAMIREZ *v.* BLACKETTER, SUPERINTENDENT, EASTERN OREGON CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 04-8006. QUEEN *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 04-8014. HAMMOND *v.* ADMINISTRATIVE OFFICE OF THE ILLINOIS COURTS ET AL. Sup. Ct. Ill. Certiorari denied.

No. 04-8015. HULL *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. C. A. 10th Cir. Certiorari denied.

No. 04-8016. DYSON *v.* IOWA. C. A. 8th Cir. Certiorari denied.

No. 04-8017. COOK *v.* CABANA. C. A. 5th Cir. Certiorari denied.

No. 04-8020. CHAPEL *v.* SMITH, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 04-8021. SHANK *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 04-8022. SCOTT *v.* UPTON, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 04-8024. OWEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04-8026. JACKSON *v.* RENICO, WARDEN. C. A. 6th Cir. Certiorari denied.